No. 79–66. AARON *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. [Certiorari granted, 444 U. S. 914.] Motion of Securities Industry Association for leave to participate in oral argument as *amicus curiae* denied.

No. 79–509. EXXON CORP. *v.* DEPARTMENT OF REVENUE OF WISCONSIN. Sup. Ct. Wis. [Probable jurisdiction noted, 444 U. S. 961.] Motions of Frank M. Keesling and Multistate Tax Commission for leave to file briefs as *amici curiae* granted.

No. 79–521. CONSUMER PRODUCT SAFETY COMMISSION ET AL. *v.* GTE SYLVANIA, INC., ET AL. C. A. 3d Cir. [Certiorari granted, 444 U. S. 979.] Motion of Consumer Federation of America for leave to participate in oral argument as *amicus curiae* denied.

No. 79–672. NATIONAL LABOR RELATIONS BOARD *v.* RETAIL STORE EMPLOYEES UNION, LOCAL 1001, RETAIL CLERKS INTERNATIONAL ASSN., AFL–CIO. C. A. D. C. Cir. [Certiorari granted, 444 U. S. 1011.] Motion of respondent Safeco Title Insurance Co. for additional time for oral argument denied.

No. 79–1056. NORTHWEST AIRLINES, INC. *v.* TRANSPORT WORKERS UNION OF AMERICA, AFL–CIO, ET AL. C. A. D. C. Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this order.

No. 79–6019. BRAUDRICK *v.* ESTELLE, CORRECTIONS DIRECTOR; and
No. 79–6044. SMITH *v.* HEEDE, CLERK, U. S. DISTRICT COURT, ET AL. Motions for leave to file petitions for writs of habeas corpus denied.